Mitchell D. Gliner, Esq.
Nevada Bar 3419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Stephen Schneider,                         )
                                           )
          Plaintiff,                       )
                                           )        No. 2:15-cv-01717-JCM-PAL
vs.                                        )
                                           )
Midland Credit Management, Inc.            )
                                           )
          Defendant.                       )
_____)

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the

parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their

own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                    MAUPIN • NAYLOR • BRASTER

_____            _____
MITCHELL D. GLINER, ESQ.                    JOHN M. NAYLOR, ESQ.
Nevada Bar #3419                            Nevada Bar #5435
3017 West Charleston Blvd., #95             JENNIFER L. BRASTER, ESQ.
Las Vegas, NV 89102                         Nevada Bar #9982
Attorney for Plaintiff                      1050 Indigo Drive, Suite 110B
                                            Las Vegas, NV 89145
                                            Attorneys for Defendant

IT IS SO ORDERED  December 8, 2015.

_____
UNITED STATES DISTRICT JUDGE